## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 26-2342

C.D., Appellant

v.

ROBIN A. MORANTE; ET AL.

(D.N.J. Civ. No. 2:25-cv-18718)

Present: MATEY, CHUNG, and ROTH, *Circuit Judges*

Submitted:

(1)    Appellant's "Emergency Motion for Administrative Stay and Stay Pending Appeal";

(2)    By the Clerk for possible dismissal due to a jurisdictional defect;

(3)    By the Clerk for possible summary action pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6.;

(4)    Letter filed on June 3, 2026, by the "Municipal Defendants";

(5)    Letter filed on June 8, 2026, by Borough of Hawthorne; and

(6)    Appellant's "Brief Regarding Jurisdiction, Possible Summary Action, and Emergency Stay Pending Appeal"

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

This appeal, liberally construed, challenges the District Court's (1) February 25, 2026 decision denying Appellant's motion to proceed under a pseudonym, and (2) May 27, 2026 decision denying his related motion for reconsideration. *See* Fed. R. App. P. 3(c)(4). We have jurisdiction over this appeal pursuant to the collateral-order doctrine. *See Doe v. Mass. Inst. of Tech.*, 46 F.4th 61, 65-66 (1st Cir. 2022); *Blackwell v. Nocerini*, 123 F.4th 479, 486 (6th Cir. 2024); *S. Ute Indian Tribe v. Amoco Prod. Co.*, 2 F.3d 1023, 1027-29 (10th Cir. 1993). We review those decisions for abuse of discretion, *see Doe v. Megless*, 654 F.3d 404, 407 (3d Cir. 2011); *Walker v. Coffey*, 905 F.3d 138, 143 (3d Cir. 2018), and we may affirm on any basis supported by the record, *see Murray v. Bledsoe*, 650 F.3d 246, 247 (3d Cir. 2011) (per curiam).

Having carefully reviewed the record, we conclude that the District Court did not abuse its discretion in denying Appellant's motion to proceed under a pseudonym. That motion failed to establish that this case is one of the "exceptional" situations in which allowing a plaintiff to proceed under a pseudonym is warranted. *See Megless*, 654 F.3d at 408. Nor did the District Court abuse its discretion in denying Appellant's related motion for reconsideration, as Appellant failed to meet the standard for that relief. *See Max's Seafood Cafe ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Because this appeal does not present a substantial question, we summarily affirm the District Court's February 25, 2026 and May 27, 2026 decisions. *See* 3d Cir. I.O.P. 10.6. Appellant's "Emergency Motion for Administrative Stay and Stay Pending Appeal" is denied.

By the Court,


s/ Paul B. Matey
Circuit Judge


Dated: June 10, 2026

kr/cc: C. D.
     R. Scott Fahrney, Jr., Esq.
     Daniel T. Lewbart, Esq.
     David Mateen, Esq.
     John L. Shahdanian, II, Esq.
    Jacob N. Stockton, Esq.
    Richard D. Trenk, Esq.